

299 Cherry Hill Road
Suite 300
Parsippany, NJ 07054
Phone: 973-957-2550
Fax: 973-710-1054

11 Broadway
Suite 615
New York, NY 10004
Phone: 646-741-7332
Fax: 646-690-8772

Kinney Lisovicz Reilly & Wolff PC
ATTORNEYS AT LAW
www.klrw.law

Justin N. Kinney, Esq.
justin.kinney@klrw.law
Direct Dial: 973-957-2551

March 17, 2020

> GRANTED IN PART. The Initial Conference scheduled for April 2, 2020 is adjourned sine die. The Court will reschedule a conference after a decision on Plaintiff's motion to remand. The deadline for a status letter is also adjourned sine die.
>
> Date: 3/19/2020
> New York, New York
>
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge

*Via Electronic Filing*
*and Email: VyskocilNYSDChambers@nysd.uscourts.gov*
The Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, 18C
New York, NY 10007-1312

Re: Greater New York Insurance Company v. United Specialty Insurance Company
Civil Action No. 1:20-cv-01083-MKV
KLRW File No.: G2550.00003

Dear Judge Vyskocil:

We represent the Plaintiff in the above-referenced matter. We write with the consent of the defendant. Both parties respectfully request an adjournment of the initial conference currently scheduled for April 2, 2020, until April 15, 2020. If possible, the parties request that the conference be held telephonically. The parties also respectfully request that the initial joint letter be submitted by April 6, 2020. No prior request has been made to adjourn the deadlines set forth herein.

We appreciate Your Honor's attention.

Respectfully submitted,

KINNEY LISOVICZ REILLY & WOLFF, P.C.

*/s/ Justin N. Kinney*

Justin N. Kinney (JK2008)

JNK:eml
cc: Jennifer Anne Ehman, Esq.
 *(via electronic filing)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

288682_1